## Oxford Industrial Corporation *v.* Heffernan, Appellant.

Argued January 5, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Thomas A. Reap, Jr.,* with him *Cormac J. Malloy,* for appellants.

*David H. Kubert,* for appellee.

OPINION PER CURIAM, March 15, 1968:
Order affirmed.